UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | **'08 MJ 1436** |
| | COMPLAINT FOR VIOLATION OF: |
| v. | |
| **Antonio REZA-Lara,** | Title 8, U.S.C., Section 1326 |
| | Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **May 5, 2008** within the Southern District of California, defendant, **Antonio REZA-Lara,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF MAY 2008

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Antonio REZA-Lara

## PROBABLE CAUSE STATEMENT

On May 5th, 2008 Border Patrol Agent Bradley P. Belzer and his Agency assigned K9 were performing linewatch duties in the Campo Station area of operations. At approximately 5:15p.m., Agent responded to a seismic intrusion device near the 4000 feet marker west on Interstate Highway 8. This area is located approximately ten miles east of the Tecate, California Port of Entry and approximately fifteen miles north of the United States/Mexico International Border.

Upon arrival, Agent Belzer observed fresh footprints walking north on a well known trail historically used by illegal aliens to further their travels north into the United States. Agent Belzer followed the footprints and came across eighteen individuals trying to conceal themselves under some thick brush. Agent Belzer approached the individuals including one later identified as the **defendant Antonio REZA-Lara,** and began to question each of the individuals as to their immigration status. All eighteen individuals stated that they were citizens and nationals of Mexico, without any documents allowing them to enter or remain legally in the United States. At approximately 5:45 p.m., all of the individuals were arrested and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on March 11, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.