# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
   v.

ANTONIO REZA-LARA,
        Defendant.

**APPEARANCE**

Case Number: 08MJ1436

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANTONIO REZA-LARA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/8/2008 | /s/ ROBERT R. HENSSLER |
| Date | Signature |
| | ROBERT HENSSLER / Federal Defenders o   216165 |
| | Print Name   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |

## CERTIFICATE OF SERVICE

  Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 8, 2008                                             /s/  Robert R. Henssler
                              ROBERT R. HENSSLER, JR.
                              Federal Defenders of San Diego, Inc.
                              225 Broadway, Suite 900
                              San Diego, CA 92101-5030
                              (619) 234-8467  (tel)
                              (619) 687-2666  (fax)
                              e-mail: Robert_Henssler@fd.org