AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ~~GABRIEL ANGEL~~ Hernandez-Contreras ~~HERNANDEZ-CONTRERAS,~~ ~~aka Antonio Reza-Lara~~ | CASE NUMBER: 08CR 1790-WQH ~~BS~~ |

I, Gabriel Hernandez-Contreras ~~GABRIEL ANGEL HERNANDEZ-CONTRERAS, aka Antonio Reza-Lara~~, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6/3/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Gabriel Angel Hernandez C._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER